51 So.2d 908

**P. H. GILMORE v. G. G. SINGLEY et al. Ex'rs.**

**2 Div. 288.**

Supreme Court of Alabama.
Feb. 12, 1951.

D. M. Boswell, of Butler, for appellant.

W. H. Lindsey, Jr., of Butler, for appellees.

PER CURIAM.

Appeal dismissed, motion of appellant.

---

51 So.2d 908

**William Murray GODWIN v. Zera Gregory GODWIN.**

**5 Div. 497.**

Supreme Court of Alabama.
Jan. 29, 1951.

A. D. Redden, of Tallassee, for appellant.
Reneau & Reneau, of Wetumpka, for appellee.

PER CURIAM.
Affirmed.

---

51 So.2d 909

**Olin Price HARRIS v. STATE.**

**4 Div. 608.**

Supreme Court of Alabama.
March 29, 1951.

PER CURIAM.
Appeal dismissed, new trial having been granted in Circuit Court.

---

51 So.2d 909

**Rose HOGAN v. Annie C. SMITH.**

**I Div. 429.**

Supreme Court of Alabama.
Dec. 1, 1950.

D. R. Coley, Jr., of Mobile, for appellant.

Robt. E. Hodnette, Jr., of Mobile, for appellee.

PER CURIAM.

Submission set aside and appeal dismissed, motion of Appellant.

---

51 So.2d 909

**Ex parte Willie HURST.**

**6 Div. 206.**

Supreme Court of Alabama.
Jan. 31, 1951.

Geo. E. Trawick, of Birmingham, for petitioner.

PER CURIAM.
Application denied, petition dismissed.

FOSTER, LIVINGSTON, LAWSON, and STAKELY, JJ., concur.